AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| New York Life Insurance and Annuity Corporation )<br>_____ )<br>*Plaintiff* )<br>v. ) Civil Action No.  11-1431 "N" (4)<br>Cynthia Dufour Cannatella, et al )<br>_____ )<br>*Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Diane Cannatella
4504 Senac Drive
Metairie, Louisiana 70003-2704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy S. Malish
Krebs, Farley & Pelleteri
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Cherie Bourgeois*
Deputy clerk's signature

Date: ___Jun 20 2011___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Diane Cannatella
was received by me on *(date)* 6/20/11 .

☑ I personally served the summons on the individual at *(place)* 4504 Senac Dr., Metairie, LA 70003 on *(date)* 6/21/11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Kevin Callahan*
Server's signature

Kevin Callahan, Paralegal
Printed name and title

400 Poydras St., Suite 2500, N.O. LA 70130
Server's address

Additional information regarding attempted service, etc: