## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NEW YORK LIFE INSURANCE** | * | **CIVIL NO. 11-1431** |
| **AND ANNUITY CORPORATION** | * | |
| | * | |
| **V.** | * | **SECTION: N** |
| | * | **MAG:    4** |
| **CYNTHIA DUFOUR CANNATELLA** | * | |
| **AND DIANE PEREZCANNATELLA** | * | |

## DIANE P. CANNATELLA'S MOTION FOR AND SUMMARY JUDGMENT

ON MOTION OF defendant in interpleader Diane P. Cannatella and on suggesting to the court pursuant to Rule 56 of the Federal Rules of Civil she is entitled to a summary judgment on the grounds the pleadings, memorandums, and attached exhibits show there is no genuine issue as to material fact, and mover is entitled to judgment as a matter of law declaring her to be the beneficiary and awarding her the proceeds of life insurance policy no. 62-791-089 issued to Anthony W. Cannatella by plaintiff in interpleader New York Life Insurance and Annuity Corporation, along with accrued interest from date of death until paid, and all costs of these proceedings including reasonable attorney's fees from defendant in interpleader Cynthia Cannatella.

**Wherefore**, defendant in interpleader Diane P. Cannatella prays for judgment in her favor and against defendant in interpleader Cynthia D. Cannatella declaring her to be the lawful beneficiary and awarding her the proceeds of policy no. 62-791-089 issued to

the late Anthony W. Cannatella, Jr., plus accrued interest from date of death until paid, and all costs of this proceeding including reasonable attorney's fees.

Raymond C. Burkart, Jr., Attorney at Law, LLC

By: _____

Raymond C. Burkart, Jr. (#3673)
Attorney for Diane Cannatella
321 N. Florida #104
Covington, LA 70433
Tel. 985.893.3390
Fax 985.892.4100
burkartr@bellsouth.net

## Certificate of Service

I hereby certify a copy of the above Answer was sent to Amy Malish 400 Poydras St. #2500 N.O., La 70130 and Frederick E. Yorsch 4532 West Napoleon Ave. #201 Metairie, LA 70001 via fax, e-mail, or U.S. Mail postage prepaid on the 19th day of September 2011.

_____
Raymond C. Burkart, Jr.