UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION | * * * | CIVIL NO. 11-1431 |
| V. | * * | SECTION: N<br>MAG:     4 |
| CYNTHIA DUFOUR CANNATELLA AND DIANE PEREZCANNATELLA | * * | |

## NOTICE OF SUBMISSION

**TO:**  New York Life Insurance and Annuity Corp.   Cynthia D. Cannatella
Thru                                                                                      Thru
Amy S. Malish                                                               Frederick E. Yorsch
Krebs, Farley & Pelleteri, PLLC                                  Morel Yorsch
400 Poydras St. #2500                                                4532 W. Napoleon Ave. #201
N.O., LA 70130                                                             Metairie, LA 70001

**Please take notice** Diane P. Cannatella motion for summary judgment and costs will be submitted on November 16, 2011 at 9:30 a.m.

Raymond C. Burkart, Jr., Attorney at Law, LLC

By: _____
Raymond C. Burkart, Jr. (#3673)
Attorney for Diane Cannatella
321 N. Florida #104
Covington, LA 70433
Tel. 985.893.3390
Fax 985.892.4100
burkartr@bellsouth.net