UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW YORK LIFE INSURANCE | CIVIL ACTION |
| VERSUS | NO. 11-1431 |
| CYNTHIA DUFOUR CANNATELLA AND DIANE PEREZ CANNATELLA | SECTION "N" (4) |

## ORDER AND REASONS

**IT IS ORDERED** that the prior Order of this Court (Rec. Doc. 18) denying New York Life Insurance and Annuity Corporation's Motion for Leave to File Reply in Support of New York Life Insurance and Annuity Corporation's Motions for Injunctive Relief, Declaratory Judgment and Dismissal with Prejudice (Rec. doc. 17) is **VACATED**.

**IT IS FURTHER ORDERED** that New York Life Insurance and Annuity Corporation's Motion for Leave to File Reply in Support of New York Life Insurance and Annuity Corporation's Motions for Injunctive Relief, Declaratory Judgment and Dismissal with Prejudice (Rec. doc. 17) is hereby **GRANTED**.

New Orleans, Louisiana, this 30th day of September, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Judge**