UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW YORK LIFE INSURANCE<br>AND ANNUITY CORPORATION | CIVIL ACTION |
| VERSUS | NO. 11-1431 |
| CYNTHIA DUFOUR CANNATELLA<br>AND DIANE PEREZ CANNATELLA | SECTION "N" (4) |

# ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Plaintiff-in-Interpleader New York Life Insurance and Annuity Corporation's ("New York Life") "Motion for Injunctive Relief, Declaratory Judgment and Dismissal with Prejudice "(Rec. Doc. 13)**,** set for hearing on September 21, 2011, was filed timely.[1] Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that **"Motion for Injunctive Relief, Declaratory Judgment and Dismissal with Prejudice" (Rec. Doc. 13)** should be and is hereby **GRANTED**. The Court

---

[1] Defendant-in-Interpleader Diane Perez Cannatella filed a "Motion for Summary Judgment" on September 19, 2011 which contained arguments opposing New York Life's Motion (Rec. Doc. 16). Diane Cannatella then filed a properly styled "Memorandum in Opposition to Motion to Dismiss" on September 29, 2011 (Rec. Doc. 21). Even accepting the earlier date as the filing date, the opposition was not timely filed. *See* Local Rule 7.5. Any opposition was to be filed by September 13, 2011 and the "Motion for Summary Judgment" was filed on September 19, 2011. Having read the opposition, the Court notes that it does not change the result of this ruling.

finds that New York Life has paid the policy limits of the disputed insurance fund plus interest from the date of the insured's death into the Court Registry and that New York Life has no further liability based on the policy in issue.  New York Life is hereby dismissed from this suit.

**IT IS FURTHER ORDERED** that Defendants-in-Interpleader Cynthia Dufour Cannatella and Diane Perez Cannatella are **PERMANENTLY ENJOINED** from instituting action against New York Life in any state court or court of the United States relating to the payment of death proceeds under the policy insuring the life of Anthony W. Cannatella, Sr.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 2nd day of February, 2012.

_____
KURT D. ENGELHARDT
United States District Judge